IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**KELVIN TAYLOR**                                                     **PETITIONER**

v.                                     No. 4:22CV78-DMB-RP

**BRIAN HUFFMAN**                                         **RESPONDENT**

**ORDER *GRANTING* PETITIONER'S REQUEST [18] FOR A COPY
OF THE COURT'S DOCKET IN HIS CASE, *DENYING* PETITIONER'S
REQUEST [18] FOR A COPY OF THE STATE COURT RECORD**

This matter comes before the court on the motion [18] by the petitioner for an order requiring the State to provide him with a copy of the court's docket and the State Court Record. His request for a copy of the court's docket is **GRANTED**. The Clerk of the Court is **DIRECTED** to provide the petitioner with a copy of the docket sheet of this case.

The petitioner's request [18] for an order of this court requiring the State to provide him with a copy of the State Court Record is **DENIED**. He may request the State Court Record from the Clerk of the Mississippi Supreme Court. *See* M.R.A.P. 45 (Duties of the Clerk).

**SO ORDERED**, this, the 5th day of December, 2023.

                                                      /s/ Roy Percy
                                                      UNITED STATES MAGISTRATE JUDGE