IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**KELVIN TAYLOR**                                                                                          **PETITIONER**

v.                                                                                                          No. 4:22CV78-DMB-RP

**BRIAN HUFFMAN**                                                                                      **RESPONDENT**

### ORDER DIRECTING STATE TO RESPOND

Kelvin Taylor has filed an amended petition [13] for relief under 28 U.S.C. § 2254, and the court has permitted Grounds One, Two, and Four of the amended petition to proceed. It is **ORDERED:**

1. That no later than February 20, 2024, respondent, through the Attorney General of the State of Mississippi, file an answer to this action (as to Grounds One, Two, and Four), along with full and complete transcripts of all proceedings in the state courts of Mississippi arising from the charges of two counts of murder and one count of being a felon in possession of a firearm against the petitioner in the Circuit Court of Coahoma County, Mississippi (to the extent such are relevant to the State's response).

2. That within 14 days of service upon him of a copy of respondent's answer, petitioner may file his traverse or reply to the allegations contained in such answer.

Petitioner is warned that failure to keep this court informed of his current address could lead to dismissal of this lawsuit.

**SO ORDERED**, this, the 6th day of December, 2023.

/s/   Roy Percy
UNITED STATES MAGISTRATE JUDGE