IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**KELVIN TAYLOR**     **PETITIONER**

**V.**     **NO. 4:22-CV-78-DMB-RP**

**BRIAN HUFFMAN**     **RESPONDENT**

## FINAL JUDGMENT

In accordance with the order issued this date, Kelvin Taylor's petition for a writ of habeas corpus is denied. A certificate of appealability is denied.

**SO ORDERED**, this 12th day of September, 2025.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**